Michael D. Mortenson (SBN 247758)
michael.mortenson@klgates.com
Andrew S. Gahan (SBN 300598)
andrew.gahan@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Plaintiff
EPSON AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

EPSON AMERICA, INC.,

Plaintiff,

vs.

CENTURY21 ELECTRONICS and DOES 1 through 10,

Defendants.

Case No.

**COMPLAINT FOR:**

**1) TRADEMARK INFRINGEMENT - UNFAIR COMPETITION**

**2) TRADEMARK INFRINGEMENT - FALSE ADVERTISING**

**3) VIOLATION OF BUSINESS AND PROFESSIONS CODE §§ 17200 *et seq.***

**DEMAND FOR JURY TRIAL**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, complains of Defendant Century21 Electronics' ("Century21") conduct and alleges upon information and belief as follows:

## NATURE OF THIS ACTION

1. This is an action for trademark infringement including unfair competition and false advertising arising under the Lanham Act, 15 U.S.C. § 1051, et seq. Century21's conduct has produced and, unless enjoined by this Court, will continue to produce a likelihood of consumer confusion and deception, to the irreparable injury of Epson.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this Complaint pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b), as these claims arise under the Trademark Laws of the United States.

3. Century21 is subject to personal jurisdiction in this forum because it misrepresented the authentic nature of products to residents of the state of California and this District; because Century21 has caused injury to Epson's trademarks in the state of California and this District; because Century21 practices the unlawful conduct complained of herein, in part, within the state of California and this District; because Century21 regularly conducts or solicits business within the state of California and this District; because Century21 regularly and systematically directs electronic activity into the state of California and this District with the manifest intent of engaging in business within the state of California and this District, including the sale and/or offer for sale of products to Internet users within the state of California and this District, as well as, upon information and belief, entry into contracts with residents of the state of California and this District through the sale of items through various online retail platforms.

4. Similarly, because some of Century21's wrongful acts involved the offering for sale and sale of products that infringe Epson's trademarks, venue is proper

in this judicial district under 28 U.S.C. § 1391.

## PARTIES

5. Plaintiff Epson America, Inc. is a California corporation having its principal place of business in Long Beach, California. It is a principal subsidiary of Seiko Epson Corporation ("SEC"), a Japanese corporation headquartered in Suwa, Nagano. Epson is a leading manufacturer in the printer, professional imaging, projector, scanner, systems devices, and factory automation categories. Epson has been a leading innovator in its field since it was founded in 1942.

6. Upon information and belief, Defendant Century21 Electronics, with address 560 W. 20th Street, Hialeah, Florida 33010, whose name is presently unknown, does business or has done business and sold infringing Epson products to customers, nationwide and within the state of California through various online commerce sites including but not limited to, Amazon.com using the seller name, "Century21 Electronics."

7. DOES 1 through 10 are the individuals and/or entities that run Century21, including but not limited to its Amazon.com seller account. The true names and capacities of DOES 1 through 10 are unknown to Epson at this time. Epson believes that information obtained in discovery will lead to the identification of one or more DOE defendants. Epson will amend this Complaint to include the names and residences of DOES 1 through 10 once ascertained. For purposes of this Complaint, all allegations and claims asserted against Century21 include and are asserted against DOES 1 through 10 as well.

## FACTS GIVING RISE TO THIS ACTION

### A. Epson's Trademark Usage

8. SEC is the sole and exclusive owner of the federally registered mark EPSON®, which is in several registrations on the U.S. Patent and Trademark Office's ("PTO") Principal Register. Epson has continuously used EPSON® as a mark and the salient feature of its trade name for at least four decades. The PTO issued Registration

No. 1,187,440 for the EPSON® trademark (and design) (the "EPSON Mark") to SEC on January 26, 1982, for use in connection with liquid crystal and digital displays. A printout from the PTO Trademark Electronic Search System ("TESS") reflecting this registration is attached hereto as Exhibit 1. The first use date in the United States was at least as early as 1976, which is long prior to any use by Century21. The mark is incontestable pursuant to 15 U.S.C. § 1065. Said registration remains in full force and effect. SEC has granted Epson a license to use the EPSON Mark in the United States.

9. Similarly, SEC owns several other federal trademark and service mark registrations that utilize the EPSON Mark which Epson is a licensee in the United States. True and correct copies of printouts from TESS evidencing these registrations are attached hereto as Exhibit 2. Said registrations are in full force and effect and these marks are incontestable pursuant to 15 U.S.C. § 1065. Along with the EPSON Mark, the marks contained in Exhibit 2 are hereinafter referred to collectively as the "EPSON Marks."

10. Epson has also acquired common law rights in the use of the EPSON Marks throughout the United States.

11. Epson has invested many millions of dollars and has expended significant time and effort in advertising, promoting and developing the EPSON Marks throughout the United States. As a result of such advertising and promotion, Epson has established substantial goodwill and widespread recognition in its EPSON Marks.

12. To create and maintain such goodwill among its customers, Epson has taken substantial steps to ensure that products bearing its EPSON Marks are of the highest quality. As a result, the EPSON Marks have become widely known and are recognized throughout the United States and the world as symbols of high quality products.

**B. Century21's Infringing and Improper Conduct**

13. Century21 utilizes online retail platforms including Amazon.com, using the seller name "Century21 Electronics" to sell a variety of electronic goods including

Epson products.

14. Century21 lists Epson products offered for sale as "new." However, these products are not new but rather refurbished Epson products.

15. To disguise the true nature and condition of its Epson products, Century21 removes refurbished product markings from Epson packaging. It then covers those sections of packaging with labels that have been copied to create the appearance that the packaging contains new Epson products. To be clear, the label depicted in Figure 1 below is not a label used or created by Epson. Instead, the label has been created by Century21.




*Fig. 1 - Product Packaging from Epson Product Purchased from Century21*




*Fig. 2 - Enlarged Label from Epson Product Purchased from Century21*




*Fig 3 - Peeled-Back Label from Epson Product Purchased from Century21 Revealing Altered Packaging*




*Fig. 4 - Epson Label for Refurbished Products*

16. In the last eight months, Epson has sent no less than three letters to Century21 demanding that it cease selling Epson products, tampering with packaging, and falsely advertising the condition of Epson products.

17. Century21 did not respond to any of these demands.

18. Century21's advertising and sale of Epson products bearing the EPSON Marks with false descriptions and altered packaging is likely to cause confusion among consumers regarding Epson's sponsorship or approval of those products.

19. Century21's improper advertising and sale of Epson products interferes with Epson's ability to control the quality of products bearing the EPSON Marks.

20. As a result of Century21's actions, Epson is suffering a loss of the enormous goodwill it has created in the EPSON Marks.

21. Century21 is likely to continue to commit the acts complained of herein,

and unless restrained and enjoined, will continue to do so, all to Epson's irreparable harm.

## COUNT I

### Trademark Infringement - Unfair Competition

22. Epson hereby realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

23. Century21's acts alleged herein constitute the use in commerce, without the consent of Epson, of a reproduction, counterfeit, copy, or colorable imitation of the EPSON Marks in connection with the sale, offering for sale, distribution, or advertising of goods, which use is likely to cause confusion or mistake, or to deceive consumers and therefore infringe Epson's rights in the EPSON Marks, all in violation of the Lanham Act.

24. The acts of Century21 alleged herein constitute unfair competition in connection with the sale, offering for sale, distribution, or advertising of goods, which use is likely to cause confusion or mistake, or to deceive consumers and therefore infringe Epson's rights in the EPSON Marks, all in violation of the Lanham Act.

25. Century21's use and resale as "new" of the altered versions of product packaging containing the EPSON Marks is willful and intentional.

26. Century21's infringing activities are likely to cause, are actually causing, and are willful and intended to cause, confusion, mistake, and deception among members of the trade and the general consuming public as to the origin and quality of such products and constitute trademark infringement.

## COUNT II

### Trademark Infringement - False Advertising

27. Epson hereby realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

28. Century21's acts alleged herein constitute commercial advertising or promotion which misrepresents the nature, characteristics, and/or qualities of the

Epson products, all in violation of the Lanham Act.

29. The acts of Century21 alleged herein constitute false advertising through a false or misleading description of fact, in connection with the sale, offering for sale, distribution or advertising of goods, which use is likely to cause confusion or mistake, or to deceive consumers and therefore infringe Epson's rights in the EPSON Marks, all in violation of the Lanham Act.

30. Century21's use and resale as "new" of the altered versions of product packaging containing the EPSON Marks is willful and intentional.

31. Century21's infringing activities are likely to cause, are actually causing, and are willful and intended to cause, confusion, mistake, and deception among members of the trade and the general consuming public as to the origin and quality of such products and constitute trademark infringement.

## <u>COUNT III</u>

### Violation of Business and Professions Code §§ 17200 *et seq.*

32. Epson hereby realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

33. The California Unfair Competition Law, codified at Business and Professions Code sections 17200, *et seq.*, prohibits any unlawful, unfair, or fraudulent business act or practice.

34. Century21's acts, omissions, misrepresentations, and/or practices constitute unlawful, unfair, and/or fraudulent business acts and practices within the meaning of California Business & Professions Code §§ 17200, *et seq.*

35. Century21's misconduct has a tendency and likelihood to deceive members of the public.

36. The foregoing acts and practices have caused substantial harm to Epson.

37. As a direct and proximate cause of the unlawful, unfair, and fraudulent acts and practices of Century21, Epson has lost money and suffered injury in fact and damage in the form of lost sales revenue, fees, and other costs.

38. Century21's conduct constitutes fraud, suppression and/or concealment, and misrepresentation of material facts known to it, with the intent of inducing reliance and thereby depriving Epson of property and/or legal rights or otherwise causing injury. Century21's conduct subjected Epson to cruel and unjust hardship in conscious disregard of the Plaintiff's rights, such as to constitute malice, oppression, or fraud under California Civil Code § 3294, thereby entitling Epson to an award of exemplary and punitive damages in an amount appropriate to punish or set an example of Century21.

WHEREFORE, Epson requests that this Court:

A. Preliminarily and permanently enjoin Century21, including all partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with it, from using the EPSON Marks or any mark confusingly similar to the EPSON Marks, whether alone or in combination with other words or symbols, and from any further infringement, unfair competition, false advertising, and unfair trade practices.

B. Direct Century21 to pay Epson the actual damages and profits realized by Century21, and the costs and attorneys' fees incurred in pursuit of this action pursuant to 15 U.S.C. § 1117(a), California Business & Professions Code §§ 17200, *et seq.*or otherwise.

C. Enter judgment that Century21's acts of infringement and unfair business practices have been knowing and willful.

D. Award Epson treble damages, exemplary or punitive damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(b) or California Business & Professions Code §§ 17200, *et seq.*

E. Order the recall, impounding and destruction of all goods, advertising or other items infringing upon Epson's trademark rights pursuant to 15 U.S.C. § 1118, or

otherwise.

F. Award Epson such further relief as this Court may deem just and proper.

## **JURY TRIAL CLAIM**

Epson claims a trial by jury on all issues so triable.

K&L GATES LLP

Dated: September 13, 2016

By: /s/ Michael D. Mortenson

Michael D. Mortenson
Andrew S. Gahan
Attorneys for Plaintiff Epson America, Inc.

# EXHIBIT 1

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 8 03:23:50 EDT 2016*



# Typed Drawing

| | |
|---|---|
| **Word Mark** | **EPSON** |
| **Goods and Services** | IC 009. US 021 026. G & S: Liquid Crystal Display Panels, Used to Provide Digital and/or Alpha-Numeric Displays of Information in Electronic and Electrical Instruments, Such as Horological, Computers, Calculators, Testing Instruments and Signalling Devices. FIRST USE: 19760100. FIRST USE IN COMMERCE: 19760100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73231074 |
| **Filing Date** | September 12, 1979 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 28, 1981 |
| **Registration Number** | 1187440 |
| **Registration Date** | January 26, 1982 |
| **Owner** | (REGISTRANT) Shinshu Seiki Kabushiki Kaisha CORPORATION JAPAN 3-5, 3-chome Owa, Suwa-shi, Nagaono JAPAN<br><br>(LAST LISTED OWNER) SEIKO EPSON KABUSHIKI KAISHA AKA SEIKO EPSON CORPORATION CORPORATION BY CHANGE OF NAME, BY CHANGE OF NAME, BY MERGER, BY CHANGE OF NAME, BY CHANGE OF NAME JAPAN 4-1, Nishi-Shinjuku 2-chome, Shinjuku-ku TOKYO JAPAN |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mark I. Peroff |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120227. |
| **Renewal** | 2ND RENEWAL 20120227 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 2

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 8 03:23:50 EDT 2016*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 10 out of 31**

---

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# EPSON

| | |
|---|---|
| **Word Mark** | **EPSON** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: liquid crystal displays; compact liquid crystal displays; eyeglasses; lenses for eyeglasses; eyeglass frames; contact lenses; rare-earth magnets; integrated circuits; large scale integrated circuits; semiconductor memories; diodes; crystal oscillators; crystal oscillator devices, namely, crystal units comprising crystal chips and crystal oscillator circuits, all for use in electronics products such as cellular telephones, computers and global positioning devices. FIRST USE: 19750630. FIRST USE IN COMMERCE: 19880331 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77431947 |
| **Filing Date** | March 26, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 5, 2008 |
| **Registration Number** | 3520274 |
| **Registration Date** | October 21, 2008 |
| **Owner** | (REGISTRANT) SEIKO EPSON KABUSHIKI KAISHA ata SEIKO EPSON CORPORATION TA Seiko Epson |

| | |
|---|---|
| | Corporation CORPORATION JAPAN 4-1, Nishi-Shinjuku 2-chome Shinjuku-ku, Tokyo JAPAN |
| **Attorney of Record** | Jason S. Nardiello |
| **Prior Registrations** | 3092025;3385501 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | **LIVE** |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

*TESS was last updated on Thu Sep 8 03:23:50 EDT 2016*



# EPSON

| | |
|---|---|
| **Word Mark** | **EPSON** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Liquid crystal display projectors; [ rear projection television; ] digital cameras; CD-ROMs featuring pre-recorded books in the field of business, amusement, education in the nature of science, history, literature, mathematics, language, sports, geography and music, translation and art; [ CD-ROM players; blank floppy discs; ] computer programs and software for controlling the operation of computer printers; personal computers; electric computing machines; [ cash registers; vending machines; ] liquid crystal display panels, used to provide digital and/or alpha-numeric displays of information in electronic and electrical instruments, such as horological, computers, calculators, testing instruments and signalling devices; line printers; printers; [ magnetic drums; marked card readers; paper tape punchers; ] paper tape readers; parts for all the aforesaid goods. FIRST USE: 20040100. FIRST USE IN COMMERCE: 20040100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76625805 |
| **Filing Date** | December 27, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 21, 2006 |
| **Registration** | 3092025 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | May 16, 2006 |
| **Owner** | (REGISTRANT) SEIKO EPSON KABUSHIKI KAISHA TA SEIKO EPSON CORPORATION CORPORATION JAPAN 4-1, Nishi-Shinjuku 2-chome Shinjuku-ku, Tokyo JAPAN |
| **Attorney of Record** | Jason S. Nardiello |
| **Prior Registrations** | 1134004;1187440;1917610;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160603. |
| **Renewal** | 1ST RENEWAL 20160603 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 8 03:23:50 EDT 2016*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 14 out of 31**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# EPSON

| | |
|---|---|
| **Word Mark** | **EPSON** |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Installation, maintenance and repair of projectors, storage devices, televisions and factory automated robots. FIRST USE: 20040401. FIRST USE IN COMMERCE: 20040401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76639558 |
| **Filing Date** | May 25, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2005 |
| **Registration Number** | 3044202 |
| **Registration Date** | January 17, 2006 |
| **Owner** | (REGISTRANT) Seiko Epson Kabushiki Kaisha JOINT STOCK COMPANY JAPAN TA Seiko Epson Corporation 4-1 Nishi-Shinjuku 2-chome Shinjuku-ku, Tokyo JAPAN |
| **Attorney of Record** | Jason S. Nardiello |
| **Prior Registrations** | 1134004;1187440;2371760;AND OTHERS |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160126. |
| **Renewal** | 1ST RENEWAL 20160126 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 8 03:23:50 EDT 2016*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 23 out of 31**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# EPSON

| | |
|---|---|
| **Word Mark** | EPSON |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Installation, maintenance and repair of computers, printers and related goods therewith, namely, word processors, displays, modems, monitors, keyboards, scanners, digital cameras, facsimile machines, copy machines and TV receivers. FIRST USE: 19750500. FIRST USE IN COMMERCE: 19750500 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75467335 |
| **Filing Date** | April 13, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 11, 1999 |
| **Registration Number** | 2266760 |
| **Registration Date** | August 3, 1999 |
| **Owner** | (REGISTRANT) Seiko Epson Kabushiki AKA Seiko Epson Corporation JOINT STOCK COMPANY JAPAN 4-1 Nishishinjuku 2-chome, Shinjuku-ku Tokyo JAPAN |
| **Attorney of Record** | Mark I. Peroff |
| **Prior** | 2090289 |

| | |
|---|---|
| **Registrations** | |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20090521. |
| **Renewal** | 1ST RENEWAL 20090521 |
| **Live/Dead Indicator** | **LIVE** |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY