UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

| | |
|---|---|
| EPSON AMERICA, INC., <br> Plaintiffs, <br> vs. <br> CENTURY21 ELECTRONICS and DOES 1 through 10 <br> Defendants. | Case No. 2:16-CV-06877-SVW-FFM <br><br> **JUDGMENT** <br><br> Judge: Hon. Stephen V. Wilson |

This matter came before the Court, the Honorable Stephen V. Wilson, United States District Judge presiding, on the motion of Plaintiff Epson America, Inc ("Epson" or "Plaintiff") for an award of damages and attorneys' fees against Defendant Century21 Electronics ("Defendant Century21"). After full consideration of Plaintiff's moving papers, Plaintiff's Complaint, and all other matters presented to the Court, and for the reasons articulated in this Court's June 22, 2017 Order (ECF No 32), the Court **GRANTS** Plaintiff's Motion and hereby enters the following judgment against Defendant Century21 and **ORDERS, ADJUDGES,** and **DECREES** as follows:

It is hereby **ORDERED** that Defendant Century21 is to pay Plaintiff Epson $3,281,562.11 in damages for the Defendant's trademark infringement.

It is **FURTHER ORDERED** that Defendant Century21 is to pay Plaintiff Epson $31,083 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 30, 2017

Hon. Stephen V. Wilson
United States District Judge